# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WILLIAM E. VIETS and ANNE M. VIETS, )
           Plaintiffs, )    Case No. 2:11-cv-00169-GMN-NJK
vs. )    **ORDER**
WACHOVIA MORTGAGE, FSB, et al. )
           Defendant. )

This matter is before the Court on the parties' Stipulated Discovery Plan and Scheduling Order (#45), filed on January 14, 2013. The parties request a discovery plan based on a discovery cut-off 270 days from January 1, 2013. The Court notes that the discovery cut-off usually falls 180 days or less from the date the first defendant answers or appears. *See* Local Rule 26-1(e)(1). The parties provided insufficient reason for the extended discovery period proposed and the Court finds it excessive.

Having reviewed and considered the matter,

**IT IS ORDERED:**

1. The parties' Stipulated Discovery Plan and Scheduling Order (#45) is NOT APPROVED.

2. The parties are shall submit, no later than January 23, 2013, a revised Stipulated Discovery Plan and Scheduling Order providing for a discovery cut-off of June 24, 2013, and calculating all other relevant dates based on that discovery cut-off date.

DATED this 17th day of January, 2013.

_____
**Nancy J. Koppe**
**United States Magistrate Judge**